United States District Court

NORTHERN DISTRICT OF TEXAS
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

CHAMBERS OF
CHIEF JUDGE BARBARA M.G. LYNN

TELEPHONE (214) 753-2420

April 2, 2021

To All Attorneys of Record

    Re:    *Guttman v. Wal-Mart Associates, Inc.*
            Case No. 3:18-CV-2777-M

Dear Counsel:

    It has come to the Court's attention that this case has settled. I commend you on your diligent efforts. I would like to receive the executed dismissal papers by April 16, 2021.

                              Very truly yours,

                              Barbara M.G. Lynn

BMGL/jlf